IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANESSA ONUFFER | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| DARBY TOWNSHIP, et al. | : | NO. 13-4208 |
| *Defendant*s. | : | |

## O R D E R

**AND NOW**, this 6th day of March 2014, upon consideration of Darby Township's and

Robert H. Thompson's (the "Moving Defendants") Motion to Dismiss (Docket No. 3) and

Plaintiff's Opposition thereto (Docket No. 6), it is hereby **ORDERED** that the Moving

Defendants' Motion is **GRANTED in part**, and **DENIED in part** as follows:

1.      The Moving Defendants' Motion is **GRANTED,** and Plaintiff's claims against

Darby Township and Robert H. Thompson are dismissed.

2.      The Moving Defendants' Motion is **DENIED** in all other respects.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1