## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANESSA ONUFFER** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN WALKER** | : | **NO. 13-4208** |
| *Defendant*. | : | |

## <u>O R D E R</u>

**AND NOW**, this 11th day of July 2014, upon consideration of Kevin Walker's Motion for Judgment on the Pleadings (Docket No. 14), Plaintiff's Opposition thereto (Docket No. 16), and Defendant's Reply (Docket No. 17), it is hereby **ORDERED** that:

(1) Defendant's Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED** without prejudice; and

(2) Plaintiff shall have until August 15, 2014, to file an amended complaint.

(3) The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

<u>S/Gene E.K. Pratter</u>
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1